United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Juanita Cooper  
     Debtor

Case No. 19-14892-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR    Page 1 of 1    Date Rcvd: Jan 31, 2020  
Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db         +Juanita Cooper,   97 E. Duval Street,   Philadelphia, PA 19144-1921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:

         BRAD J. SADEK    on behalf of Debtor Juanita  Cooper brad@sadeklaw.com, bradsadek@gmail.com  
         KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com  
         MARY JACQUELINE LARKIN    on behalf of Creditor    Forge Credit Union mjlarkin@ohaganmeyer.com, jpitner@ohaganmeyer.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                           TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Juanita Cooper
        Debtor(s)

Chapter: 13
Bankruptcy No: 19−14892−jkf

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 29, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Jean K. FitzSimon
                                        Judge ,
                                        United States Bankruptcy Court

                                                                  58
                                                              Form 155